UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 10-40822-H5-7 |
|---|---|---|
| | § | |
| ZAKIR SHAH | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>12/03/2010</u>. The undersigned trustee was appointed on <u>12/03/2010</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $212,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $86,402.58 |
    | Bank service fees | $2,242.15 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $123,355.27 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/18/2012 and the deadline for filing government claims was 06/01/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,850.00, for a total compensation of $13,850.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $276.05, for total expenses of $276.05.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2016          By:   /s/ Joseph M. Hill
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | SHAH, ZAKIR | Date Filed (f) or Converted (c): | 12/03/2010 (f) |
| For the Period Ending: | 11/15/2016 | §341(a) Meeting Date: | 01/25/2011 |
| | | Claims Bar Date: | 06/18/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 11419 Briarforest Drive, Houston, TX | $164,911.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $84.00 | $0.00 | | $0.00 | FA |
| 3 | Security Deposit | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Amegy Ck #0545 | $62.60 | $0.00 | | $0.00 | FA |
| 6 | Amegy Ck #1889 | $3,021.95 | $0.00 | | $0.00 | FA |
| 7 | Amegy Ck #4664 | $180.40 | $0.00 | | $0.00 | FA |
| 8 | Amegy Ck #6226 | $0.92 | $0.00 | | $0.00 | FA |
| 9 | Amegy Ck #5086 | $72.51 | $0.00 | | $0.00 | FA |
| 10 | Amegy Ck #8240 | $37.54 | $0.00 | | $0.00 | FA |
| 11 | Amegy Ck #7180 | $484.67 | $0.00 | | $0.00 | FA |
| 12 | Books, Pictures, Art | $110.00 | $0.00 | | $0.00 | FA |
| 13 | Wearing Apparel | $1,010.00 | $0.00 | | $0.00 | FA |
| 14 | Furs and Jewelry | $3,105.00 | $0.00 | | $0.00 | FA |
| 15 | Dairy Queen Note Receivable | $96,000.00 | $0.00 | | $0.00 | FA |
| 16 | 2001 Toyota Sequoia | $7,000.00 | $0.00 | | $0.00 | FA |
| 17 | 2004 Infiniti G35 | $8,500.00 | $0.00 | | $0.00 | FA |
| 18 | 2005 Mercedes C230 | $9,000.00 | $0.00 | | $0.00 | FA |
| 19 | Adv No. 12-03009; JMH, Trustee vs Zakir Shah, Shamim A. Shah, et al (u) | $0.00 | $212,000.00 | | $212,000.00 | FA |
| Asset Notes: | fraudulent transfer of two (2) Dairy Queen stores; Shah Children to pay $250,000 with first payment of $10,000 due 06/01/13 and payments of $1,500 monthly beginning 07/01/13 at an interest rate of 6% per annum.  Agreed Order Regarding Motion for Default entered 08/07/14 (doc #89); $12,000 due August 15, 2014; no less than $40,000 will be paid annually on note; automatic default resulting in Dairy Queens being property of the estate (after notice of default) if $40,000 not paid. Motion to Sell Interest in Secured Promissory Note filed 03/08/16 (doc #94); sell to Allauddin Charania for $100,000 Order on Trustee's Motion to Sell Interest in Secured Promissory Note entered 04/11/16 (doc #95); sale to Allauddin Charania for $100,000 subject to higher and better offers (if greater than $106,000); Trustee can close sale without further order of the Court and pay Charania a "breakup fee" equivalent to 5% of the total sales price.  Michael Taylor was winning purchaser for $110,500. Trustee Gross Value changed from $323,000 to $200,000 based on prior funds received plus $110,500 sales price. $116,000 total sales price (110,500 + credit for $5500 in pymts rec'd since filing of motion to sell) used to calculate 5% breakup fee paid to Allauddin Charania. | | | | | |
| 20 | 1999 Hyundai Sonata (u) | $600.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2       Exhibit A

| Case No.: | 10-40822-H5-7 | | | Trustee Name: | Joseph Hill |
| Case Name: | SHAH, ZAKIR | | | Date Filed (f) or Converted (c): | 12/03/2010 (f) |
| For the Period Ending: | 11/15/2016 | | | §341(a) Meeting Date: | 01/25/2011 |
| | | | | Claims Bar Date: | 06/18/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $296,780.59 | $212,000.00 | | $212,000.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/19/2016 | TFR submitted to UST on 09/19/16. |
| 04/26/2016 | Sale of note for $100,000 approved; received additional offer of $106,000. Deadline for final bids is April 22, 2016. |
| 03/31/2016 | Asset #19 - Application filed on 3/8/16 to sell the note for $100,000. Have received interest from other bidders. (TLW) |
| 06/30/2015 | Order entered 08/07/14 (doc#89) requiring defendants to pay at least $40,000 per year paying the full obligation no later than 06/30/21. |
| 03/31/2015 | Settled avoidance action against debtor and family members in March 2013. $10,000 to be paid on 06/01/13, $1,500 a month thereafter until paid in full plus 80% in profits until $250,000 note paid in full.   TLW |

Initial Projected Date Of Final Report (TFR):   12/31/2013          Current Projected Date Of Final Report (TFR):   12/31/2016

/s/ JOSEPH HILL
JOSEPH HILL

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40822-H5-7 | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|
| Case Name: | SHAH, ZAKIR | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4023 | | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/3/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/05/2013 | (19) | Al Waquas Enterprises, Inc. | Order entered 04/01/13 (doc #74); down pymt on compromise; ck #5178 dated 06/03/13 | 1241-000 | $10,000.00 | | $10,000.00 |
| 06/19/2013 | 5001 | Mynde S. Eisen, PC | Per Order dated 03/12/13 (doc #73); reimbursement of mediator fees | 3721-000 | | $1,275.00 | $8,725.00 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.09 | $8,712.91 |
| 07/12/2013 | (19) | AL WAQUAS ENTERPRISES | Compromise on Adv; Pymt #1 | 1241-000 | $1,500.00 | | $10,212.91 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.38 | $10,197.53 |
| 08/05/2013 | 5002 | Mynde S. Eisen, P.C. | 07/25/13 81 Partial payment special counsel fees | 3210-000 | | $6,000.00 | $4,197.53 |
| 08/14/2013 | (19) | AL WAQUAS ENTERPRISES | preference payment | 1241-000 | $1,500.00 | | $5,697.53 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.84 | $5,685.69 |
| 09/06/2013 | (19) | Al Waquas Enterprises Inc. | 4th pymt on compromise | 1241-000 | $1,500.00 | | $7,185.69 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $10.59 | $7,175.10 |
| 10/09/2013 | (19) | Al Waquas Enterprises, Inc. | compromise payment for transfer of Dairy Queen stores | 1241-000 | $1,500.00 | | $8,675.10 |
| 10/22/2013 | 5003 | George Adams | Bond payment | 2300-000 | | $8.26 | $8,666.84 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.29 | $8,653.55 |
| 11/07/2013 | (19) | Al Waquas Enterprises, Inc. | compromise payment #5 | 1241-000 | $1,500.00 | | $10,153.55 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.30 | $10,138.25 |
| 12/04/2013 | (19) | Al Waquas Enterprises, Inc. | compromise pymt #7; ck #5683 dated 11/01/13 (no envelope) | 1241-000 | $1,500.00 | | $11,638.25 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.46 | $11,619.79 |
| 01/08/2014 | (19) | Al Waquas Enterprises, Inc. | compromise pymt #8; ck #5835 dated 01/01/14 | 1241-000 | $1,500.00 | | $13,119.79 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.54 | $13,099.25 |
| 02/07/2014 | (19) | Al Waquas Enterprises, Inc. | Pymt #9 on compromise; ck #5940 dated 02/01/14 postmarked 02/04/14 | 1241-000 | $1,500.00 | | $14,599.25 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.57 | $14,578.68 |
| 03/06/2014 | (19) | Al Waquas Enterprises, Inc. | compromise pymt #10; ck #6024 dated 03/01/14 | 1241-000 | $1,500.00 | | $16,078.68 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.46 | $16,053.22 |
| 04/09/2014 | (19) | Al Waquas Enterprises, Inc. | Pymt #11 on compromise; ck #6116 dated 04/01/14 | 1241-000 | $1,500.00 | | $17,553.22 |

**SUBTOTALS** $25,000.00 $7,446.78

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | SHAH, ZAKIR | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4023 | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/3/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.69 | $17,526.53 |
| 05/07/2014 | (19) | Al Waquas Enterprises, Inc. | compromise pymt; ck #6186 dated 05/01/14 postmarked 05/03/14 | 1241-000 | $1,500.00 | | $19,026.53 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.14 | $18,996.39 |
| 06/11/2014 | (19) | Al Waquas Enterprises, Inc. | compromise pymt #13; ck #6317 dated 06/01/14 postmarked 06/05/14 | 1241-000 | $1,500.00 | | $20,496.39 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.06 | $20,465.33 |
| 07/07/2014 | (19) | Al Waquas Enterprises, Inc. | Pymt #1 on second compromise; ck #6418 dated 06/01/14 postmarked 07/02/14 | 1241-000 | $1,500.00 | | $21,965.33 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.88 | $21,930.45 |
| 08/06/2014 | (19) | Al Waquas Enterprises, Inc. | Pymt #2 on second compromise; ck #6545 dated 08/01/14 | 1241-000 | $1,500.00 | | $23,430.45 |
| 08/18/2014 | (19) | Waqas Shah | Agreed Default Order entered 08/07/14 (doc #89); cashier's ck #297205 dated 08/15/14 | 1241-000 | $12,000.00 | | $35,430.45 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.44 | $35,385.01 |
| 09/05/2014 | (19) | Al Waquas Enterprises, Inc. | Pymt #3 on Default Judgment; ck #6713 dated 09/02/14 | 1241-000 | $2,000.00 | | $37,385.01 |
| 09/16/2014 | 5004 | Mynde S. Eisen, P.C. | 07/25/13 81 Partial payment special counsel fees expenses | * | | $6,000.00 | $31,385.01 |
| | | | $(4,222.50) | 3220-000 | | | $31,385.01 |
| | | | $(1,777.50) | 3210-000 | | | $31,385.01 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $55.44 | $31,329.57 |
| 10/15/2014 | (19) | Al Waquas Enterprises, Inc. | Pymt #4 on default judgment; ck #6874 dated 10/10/14 | 1241-000 | $2,000.00 | | $33,329.57 |
| 10/24/2014 | 5005 | George Adams | Bond payment | 2300-000 | | $48.82 | $33,280.75 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.19 | $33,228.56 |
| 11/12/2014 | (19) | SS & WS Enterprises, Inc. | acct # not on endorsement - pymt on compromise; ck #7143 dated 11/04/14 postmarked 11/07/14 | 1241-000 | $2,000.00 | | $35,228.56 |
| 11/12/2014 | (19) | DEP REVERSE: SS & WS Enterprises, Inc. | acct # not on endorsement - pymt on compromise; ck #7143 dated 11/04/14 postmarked 11/07/14 | 1241-000 | ($2,000.00) | | $33,228.56 |

| | | | SUBTOTALS | | $22,000.00 | $6,324.66 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | SHAH, ZAKIR | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4023 | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/3/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/12/2014 | (19) | SS & WS Enterprises, Inc. | pymt #5 on second compromise; ck #7143 dated 11/04/14 postmarked 11/07/14 | 1241-000 | $2,000.00 | | $35,228.56 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $53.63 | $35,174.93 |
| 12/10/2014 | (19) | SS & WS Enterprises, Inc. | pymt on #6 compromise; ck #7211 dated 12/05/14 | 1241-000 | $1,500.00 | | $36,674.93 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $58.37 | $36,616.56 |
| 01/16/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #7 on compromise; ck #7262 dated 01/10/15 | 1241-000 | $1,500.00 | | $38,116.56 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $60.00 | $38,056.56 |
| 02/18/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #8 on compromise; ck #7311 dated 02/13/15 | 1241-000 | $1,500.00 | | $39,556.56 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $56.38 | $39,500.18 |
| 03/13/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #9 on compromise; ck #7339 dated 03/10/15 | 1241-000 | $2,000.00 | | $41,500.18 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $65.37 | $41,434.81 |
| 04/17/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #10 on compromise; ck #7396 dated 04/15/15 | 1241-000 | $3,000.00 | | $44,434.81 |
| 04/20/2015 | 5006 | Mynde S. Eisen, P.C. | 07/25/13 81 Partial payment special counsel fees | 3210-000 | | $14,000.00 | $30,434.81 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $64.93 | $30,369.88 |
| 05/20/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #11 on compromise; ck #7444 dated 05/15/15 | 1241-000 | $5,000.00 | | $35,369.88 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.84 | $35,318.04 |
| 06/17/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #12 on compromise; ck #7491 dated 06/15/15 | 1241-000 | $4,500.00 | | $39,818.04 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $58.17 | $39,759.87 |
| 07/17/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #13 on compromise; ck #7538 dated 07/15/15 | 1241-000 | $3,000.00 | | $42,759.87 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $65.86 | $42,694.01 |
| 08/12/2015 | 5007 | Mynde S. Eisen, PC | 07/25/13(doc #81); partial payment of special counsel fees | 3210-000 | | $10,000.00 | $32,694.01 |
| 08/19/2015 | (19) | SS & WS Enterprises, Inc. | Pymt on promissory note; ck #7595 dated 08/14/15 | 1241-000 | $3,000.00 | | $35,694.01 |
| 08/19/2015 | (19) | Sadia Shah | Pymt on promissory note; cashier's ck #358911 dated 08/17/15 | 1241-000 | $6,000.00 | | $41,694.01 |
| 08/21/2015 | (19) | Sadia Shah | Pymt on promissory note; cashier's ck #359288 dated 08/19/15 | 1241-000 | $3,000.00 | | $44,694.01 |
| 08/25/2015 | (19) | Sadia Shah | Pymt on promissory note; cashier's ck #359893 dated 08/24/15 | 1241-000 | $3,000.00 | | $47,694.01 |
| | | | **SUBTOTALS** | | $39,000.00 | $24,534.55 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | SHAH, ZAKIR | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4023 | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/3/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.76 | $47,621.25 |
| 09/18/2015 | (19) | SS & WS Enterprises, Inc. | Pymt on promissory note; ck #7619 dated 09/15/15 | 1241-000 | $2,000.00 | | $49,621.25 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $75.37 | $49,545.88 |
| 10/14/2015 | 5008 | International Sureties, Ltd | Bond payment | 2300-000 | | $23.25 | $49,522.63 |
| 10/16/2015 | (19) | SS & WS Enterprises, Inc. | Pymt #2-4 on compromise; ck #7648 dated 10/15/15 | 1241-000 | $2,000.00 | | $51,522.63 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $81.26 | $51,441.37 |
| 11/11/2015 | 5009 | Mynde S. Eisen, PC | 07/25/13(doc #81); partial payment of special counsel fees/expenses | * | | $10,000.00 | $41,441.37 |
| | | | $(9,261.25) | 3210-000 | | | $41,441.37 |
| | | | $(738.75) | 3220-000 | | | $41,441.37 |
| 11/18/2015 | (19) | SS & WS Enterprises, Inc. | Pymt 2-5 on promissory note; ck #7686 dated 11/15/15 | 1241-000 | $1,500.00 | | $42,941.37 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $77.07 | $42,864.30 |
| 12/16/2015 | (19) | SS & WS Enterprises, Inc. | Pymt 2-6; ck #7712 dated 12/15/15 | 1241-000 | $1,500.00 | | $44,364.30 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.30 | $44,294.00 |
| 01/20/2016 | (19) | Waqas Shah | Pymt #2-7 on compromise; cashier's ck #381933 dated 01/15/16 | 1241-000 | $1,500.00 | | $45,794.00 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.30 | $45,721.70 |
| 02/17/2016 | (19) | SS & WS Enterprises, Inc. | Pymt #2-8 on note; ck #7744 dated 02/15/16 | 1241-000 | $1,500.00 | | $47,221.70 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $69.92 | $47,151.78 |
| 03/16/2016 | (19) | Sadia Shah | Pymt #2-9 on compromise; cashier's ck #391097 dated 03/15/16 | 1241-000 | $4,000.00 | | $51,151.78 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $79.18 | $51,072.60 |
| 04/20/2016 | (19) | SS & WS Enterprises, Inc. | Pymt #2-10 on compromise; ck #7792 dated 04/15/16 | 1241-000 | $1,500.00 | | $52,572.60 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.50 | $52,492.10 |
| 05/04/2016 | (19) | Quest IRA, Inc. | Michael Taylor's purchase of note; ck #64905 dated 05/03/16 | 1241-000 | $110,500.00 | | $162,992.10 |
| 05/09/2016 | 5010 | Mynde S. Eisen, PC | Order entered 07/25/13 (doc #81); partial payment on First Interim Special Counsel expenses | 3220-000 | | $4,300.00 | $158,692.10 |
| | | | **SUBTOTALS** | | $126,000.00 | $15,001.91 | |

Case 10-40822 Document 111 Filed in TXSB on 11/15/16 Page 9 of 16
Page No: 5        Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40822-H5-7 | | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|---|
| Case Name: | SHAH, ZAKIR | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4023 | | | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 12/3/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2016 | 5011 | Allauddin Charania | 04/11/16 95 Break-up fee per Order; 5% of $116,000 (110,500 + credit for $5500 in pymnts rec'd since filing of motion to sell). | 2990-000 | | $5,800.00 | $152,892.10 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.03 | $152,812.07 |
| 06/01/2016 | 5012 | Mynde S. Eisen, P.C. | 05/31/16 102 Special Counsel fees/expenses plus balance owed 1st fee Order(#81) $885.45 | * | | $9,426.18 | $143,385.89 |
| | | | $(8,250.00) | 3210-000 | | | $143,385.89 |
| | | | $(290.73) | 3220-000 | | | $143,385.89 |
| | | | $(885.45) | 3220-000 | | | $143,385.89 |
| 06/21/2016 | 5013 | Cage, Hill & Niehaus L.L.P. | 06/20/16 104 Attorney fees/expenses | * | | $14,523.36 | $128,862.53 |
| | | | $(14,343.15) | 3110-000 | | | $128,862.53 |
| | | | $(180.21) | 3120-000 | | | $128,862.53 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $94.49 | $128,768.04 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $207.70 | $128,560.34 |
| 08/26/2016 | 5014 | William G West, P.C., CPA | 08/23/16 108 Accountant fees/expenses | * | | $4,997.71 | $123,562.63 |
| | | | $(4,890.50) | 3410-000 | | | $123,562.63 |
| | | | $(107.21) | 3420-000 | | | $123,562.63 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $207.36 | $123,355.27 |

| | | | | SUBTOTALS | $0.00 | $35,336.83 |
|---|---|---|---|---|---|---|

Page No: 6  Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | SHAH, ZAKIR | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4023 | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/3/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $212,000.00 | $88,644.73 | $123,355.27 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $212,000.00 | $88,644.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $212,000.00 | $88,644.73 | |

**For the period of 12/3/2010 to 11/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $212,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $212,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $88,644.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $88,644.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/05/2013 to 11/15/2016**

| | |
|---|---|
| Total Compensable Receipts: | $212,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $212,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $88,644.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $88,644.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 7      Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | SHAH, ZAKIR | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4023 | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/3/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/15/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $212,000.00 | $88,644.73 | $123,355.27 |

| For the period of 12/3/2010 to 11/15/2016 | | For the entire history of the case between 12/03/2010 to 11/15/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $212,000.00 | Total Compensable Receipts: | $212,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $212,000.00 | Total Comp/Non Comp Receipts: | $212,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $88,644.73 | Total Compensable Disbursements: | $88,644.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $88,644.73 | Total Comp/Non Comp Disbursements: | $88,644.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOSEPH HILL

JOSEPH HILL

| Case No. | 10-40822-H5-7 | | | | | | | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SHAH, ZAKIR | | | | | | | | Date: | 11/15/2016 |
| Claims Bar Date: | 06/18/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JOSEPH M. HILL  5851 San Felipe  Ste #950  Houston TX 77057-8018 | 09/15/2014 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $13,850.00 | $13,850.00 | $0.00 | $0.00 | $0.00 | $13,850.00 |
| | JOSEPH M. HILL  5851 San Felipe  Ste #950  Houston TX 77057801 | 04/17/2015 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $276.05 | $276.05 | $0.00 | $0.00 | $0.00 | $276.05 |
| 1 | TEXAS FIRST BANK  c/o Allen Wilkenfeld  P.O. Box 104  Hitchcock TX 77563 | 04/22/2011 | UNSECURED | Allowed | 7100-000 | $0.00 | $556,323.71 | $556,323.71 | $0.00 | $0.00 | $0.00 | $556,323.71 |
| 2 | STOCK LOAN SERVICES  Attn: Gwen Burdine  9901 Doerr Lane  Schertz TX 78154 | 04/22/2011 | UNSECURED | Allowed | 7100-000 | $0.00 | $170,615.73 | $170,615.73 | $0.00 | $0.00 | $0.00 | $170,615.73 |

**Claim Notes:** amended 04/22/11

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | MT PROSPECT'S NORTHWEST ELECTRICAL  Freedman & Price, PC  2819 Dulles Avenue  Missouri City TX 77459 | 11/15/2011 | UNSECURED | Allowed | 7100-000 | $0.00 | $19,285.70 | $19,285.70 | $0.00 | $0.00 | $0.00 | $19,285.70 |
| 4 | PROSPERITY BANK - VICTORIA  Attn: Porter Green  1205 N. Navarro St.  Victoria TX 77901 | 03/22/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $19,744.71 | $19,744.71 | $0.00 | $0.00 | $0.00 | $19,744.71 |

**CLAIM ANALYSIS REPORT** Page No: 2 Exhibit C

| Case No. | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | SHAH, ZAKIR | Date: | 11/15/2016 |
| Claims Bar Date: | 06/18/2012 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | FIDELITY NATIONAL TITLE GROUP<br>6601 Frances St<br>Omaha NE 68106 | 04/10/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $574,761.46 | $574,761.46 | $0.00 | $0.00 | $0.00 | $574,761.46 |
| 6 | SALLIE MAE<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre PA 18706 | 05/08/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $361.14 | $361.14 | $0.00 | $0.00 | $0.00 | $361.14 |
| 7 | AMERICAN MIDWEST BANK F/K/A AMERICAUNITED BANK & T<br>c/o Matthew A. Knox<br>Adair & Myers, PLLC<br>3120 SW Freeway, Suite 320<br>Houston TX 77098 | 06/11/2012 | UNSECURED | Allowed | 7100-000 | $0.00 | $234,660.55 | $234,660.55 | $0.00 | $0.00 | $0.00 | $234,660.55 |
| 8 | JPMORGAN CHASE BANK, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester MI 48308-0730 | 04/05/2013 | UNSECURED TARDILY FILED 726 (A)(3) | Allowed | 7200-000 | $0.00 | $6,726.71 | $6,726.71 | $0.00 | $0.00 | $0.00 | $6,726.71 |
| | | | | | | | $1,596,605.76 | $1,596,605.76 | $0.00 | $0.00 | $0.00 | $1,596,605.76 |

CLAIM ANALYSIS REPORT    Page No: 3    Exhibit C

| Case No. | 10-40822-H5-7 | Trustee Name: | Joseph Hill |
| Case Name: | SHAH, ZAKIR | Date: | 11/15/2016 |
| Claims Bar Date: | 06/18/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $13,850.00 | $13,850.00 | $0.00 | $0.00 | $0.00 | $13,850.00 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $276.05 | $276.05 | $0.00 | $0.00 | $0.00 | $276.05 |
| UNSECURED | $1,575,753.00 | $1,575,753.00 | $0.00 | $0.00 | $0.00 | $1,575,753.00 |
| UNSECURED TARDILY FILED 726 (A)(3) | $6,726.71 | $6,726.71 | $0.00 | $0.00 | $0.00 | $6,726.71 |

Exhibit D
**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      10-40822-H5-7
Case Name:     ZAKIR SHAH
Trustee Name:  Joseph M. Hill

                              Balance on hand:     $123,355.27

Claims of secured creditors will be paid as follows: NONE

            Total to be paid to secured creditors:     $0.00
            Remaining balance:     $123,355.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Joseph M. Hill, Trustee Fees | $13,850.00 | $0.00 | $13,850.00 |
| Joseph M. Hill, Trustee Expenses | $276.05 | $0.00 | $276.05 |

    Total to be paid for chapter 7 administrative expenses:     $14,126.05
    Remaining balance:     $109,229.22

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

    Total to be paid to prior chapter administrative expenses:     $0.00
    Remaining balance:     $109,229.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

    Total to be paid to priority claims:     $0.00
    Remaining balance:     $109,229.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,575,753.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011)

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Texas First Bank | $556,323.71 | $0.00 | $38,563.67 |
| 2 | Stock Loan Services | $170,615.73 | $0.00 | $11,826.87 |
| 3 | MT Prospect's Northwest Electrical | $19,285.70 | $0.00 | $1,336.86 |
| 4 | Prosperity Bank - Victoria | $19,744.71 | $0.00 | $1,368.68 |
| 5 | Fidelity National Title Group | $574,761.46 | $0.00 | $39,841.74 |
| 6 | Sallie Mae | $361.14 | $0.00 | $25.03 |
| 7 | American Midwest Bank f/k/a America United Bank & Trust | $234,660.55 | $0.00 | $16,266.37 |

Total to be paid to timely general unsecured claims: $109,229.22
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $6,726.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 8 | JPMorgan Chase Bank, N.A. | $6,726.71 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**